and Another, Appellants, and THE ÆTNA CASUALTY AND SURETY COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

CRESCENT WET WASH LAUNDRY, INC., Respondent, v. GEORGE A. HUBBARD and Another, Appellants.— Order granting injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

JOSEPH J. CURRY and Others, Copartners, etc., and Another, Respondents, v. WILLIAM P. MARVEL and Others, Appellants.— Order granting injunction *pendente lite* affirmed on argument, with ten dollars costs and disbursements. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.

MARGARET DAVIS, Respondent, v. ST. GEORGE LAUNDRY, INC., Appellant.— Order granting motion for leave to prosecute as a poor person affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

HERMAN EXMAN and Another, Trading as UNIVERSAL BAG STAND MANUFACTURING COMPANY, Respondents, v. ECONOMY MERCANTILE CORPORATION, Appellant.— Judgment and order reversed on the law and the facts, and new trial granted, with costs to abide the event, on the ground that the verdict of the jury that there was an anticipatory breach of the contract in suit was against the weight of the evidence. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

FEDERAL CHEMICAL COMPANY OF NITRO, Respondent, v. SAMUEL STERN, Appellant.— Order affirmed, with ten dollars costs and disbursements. The affidavits presented in support of the motion to vacate the order of arrest, and those filed in opposition thereto, are so conflicting in their statements that it is impossible to determine the exact situation existing between the parties. A trial of the issues is necessary. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

PHILIP GREENBERG, Appellant, v. DAVID BERMAN and Others, Respondents. (Appeal No. 1.) — Appeal from order granting motion to open default dismissed, without costs, it appearing that the action has been tried upon the merits since the opening of the default. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

PHILIP GREENBERG, Appellant, v. DAVID BERMAN and Others, Respondents. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

JOSEPH HORACK, Respondent, v. SOUTH SHORE MOTOR TRANSPORTATION COMPANY, INC., Appellant.— Judgment unanimously affirmed, on reargument, with costs. No opinion. [See *ante*, p. 836.] Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

In the Matter of the Petition of the VILLAGE OF RYE, by Its Board of Trustees, Respondent, to Acquire Certain Lands, against RYE LAND AND IMPROVEMENT COMPANY and Another, Appellants, Impleaded with Another, Defendant. (Proceeding No. 1.) — Judgment (final order) unanimously affirmed, with costs. We agree with the views expressed in the opinion of the learned justice at Special Term. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

In the Matter of the Petition of the VILLAGE OF RYE, by Its Board of Trustees, Respondent, to Acquire Certain Lands, against RYE LAND AND IMPROVEMENT